1  Steve W. Berman (*pro hac vice* to be filed)
   *steve@hbsslaw.com*
2  HAGENS BERMAN SOBOL SHAPIRO LLP
3  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
4  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
5

6  Christopher R. Pitoun (SBN 290235)
   *christopherp@hbsslaw.com*
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   301 N. Lake Avenue, Suite 920
8  Pasadena, CA 91101
   Telephone: (213) 330-7150
9  Facsimile:  (213) 330-7152

10 *Attorneys for Plaintiffs*
11

12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA
14                 SOUTHERN DIVISION

| | |
|---|---|
| NICOLE THORNHILL, JANET O'BRIEN, DAVID SHAPIRO, individually and on behalf of all others similarly situated, | No. **DECLARATION OF NICOLE THORNHILL RE: CLRA VENUE** |
| Plaintiffs, | |
| v. | |
| HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC., | |
| Defendants. | |

010789-11/1447369 V1

## DECLARATION RE: CLRA VENUE

I, Nicole Thornhill, hereby declare and state as follows:

1. I am a Plaintiff in the above-captioned action. Pursuant to Cal. Civ. Code § 1780(d), I make this declaration in support of the Class Action Complaint and the claim therein for relief under Cal. Civ. Code § 1780(a). I have personal knowledge of the facts stated herein and, if necessary, could competently testify thereto.

2. This action for relief under Cal. Civ. Code § 1780(a) has been commenced in a county that is a proper place for trial of this action because Defendants Hyundai Motor America and Kia Motors America, Inc., are headquartered in Orange County, which falls within the Southern Division of this District Court. All four named Defendants also do business in Orange County and throughout the State of California.

This declaration is signed under penalty of perjury under the laws of the State of California this 12th day of March, 2021.

*DocuSigned by:*
*Nicole Thornhill*
88008F5D5ED34D9...
_____
Nicole Thornhill

010789-11/1447369 V1

- 1 -