| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
| | steve@hbsslaw.com |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| 4 | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| 5 | |
| 6 | Matthew D. Schelkopf |
| | mds@sauderschelkopf.com |
| 7 | SAUDER SCHELKOPF LLC |
| | 1109 Lancaster Avenue |
| 8 | Berwyn, PA 19312 |
| | Telephone: (610) 200-0580 |
| 9 | Facsimile: (610) 421-1326 |
| 10 | *Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FLAHERTY, JOANNA CABALLERO, JAMES CARPENTER, MICA COLEMAN, DANNY DICKERSON, ROBERT FOCKLER, AMY FRANKLIN, DONALD HOUSE, RODNEY HUFF, DAVE LOOMIS, JOSEPH MCCALLISTER, ARRON MILLER, RICKY MONTOYA, SHARON MOON, LYNN NORTH, MARK RICE, REID SCHMITT, JAMES SMITH, CHRIS STACKHOUSE, and STANTON VIGNES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC., <br><br> Defendants. | No. 8:18-cv-02223 JLS (JDEx) <br><br> **DECLARATION OF MATTHEW D. SCHELKOPF IN SUPPORT OF JOINT UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL** |

| | | |
|---|---|---|
| 1 | KESHA FRANKLIN MARBURY, CHRISTINA ROOS, JAMES H. PALMER, JOHN H. CARO, ASHLEY GAGAS, and JAMES J. MARTINO, on behalf of themselves and all others similarly situated, | No. 8:21-cv-00379-CJC-KES |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | v. | |
| 7 | HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION, | |
| 8 | | |
| 9 | | |
| 10 | Defendants. | |
| 11 | NICOLE THORNHILL, JANET O'BRIEN, and DAVID SHAPIRO, individually and on behalf of all others similarly situated, | No. 8:21-cv-00481 JLS (JDEx) |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC., | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

I, Matthew D. Schelkopf, declare as follows:

1. I am an attorney admitted *pro hac vice* in this litigation, a founding partner of the law firm Sauder Schelkopf LLC, and counsel of record for Plaintiffs in *Marbury v. Hyundai Motor America*, No. 8:21-cv-00379-CJC-KES (C.D. Cal) ("*Marbury* Action"). I could and would competently testify to the matters stated in this declaration based on my personal knowledge.

2. I submit this declaration in support of Plaintiffs' Joint Unopposed Motion for Consolidation and Appointment of Interim Class Counsel concerning the *Marbury* Action, *Flaherty v. Hyundai Motor Company*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.) ("*Flaherty* Action"), and *Thornhill v. Hyundai Motor Company*, No. 8:21-cv-00481-JLS-JDE (C.D. Cal.) ("*Thornhill* Action").

3. As demonstrated by our firm résumé, attached hereto as Exhibit 1, Sauder Schelkopf has significant experience in consumer class actions, including those involving defective automobiles. Since I was 15 years old, I have been restoring, building, and racing automobiles. Prior to attending law school, I even worked in two automotive shops performing everything from routine maintenance to full automotive restorations. These opportunities have provided me with first-hand experience and expertise with automotive drivetrains and electrical systems. I continue to restore and maintain my own automobiles while three of my most recent auto restorations have even been featured in nationally circulated automotive publications.

4. Since 2010, I have been selected by Pennsylvania Super Lawyers as a Rising Star (a distinction held by the top 2.5% of attorneys in Pennsylvania) and then a Pennsylvania Super Lawyer, as chosen by their peers and through the independent research of Law & Politics. In 2012, The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named me as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession

and make a significant commitment to their community. I was also selected as a Top 40 under 40 by the National Trial Lawyers in 2012–2015.

5. I have been appointed to leadership positions in numerous automotive defect class action cases throughout the United States, including the following cases in which class-wide settlements are either pending or finally approved: *In re: Hyundai and Kia Engine Litig.*, No. 8:17-cv-02208-JLS-JDE (C.D. Cal.) (appointed co-lead counsel in class action against Hyundai and Kia related to alleged engine defect); *Salcedo v. Subaru of America, Inc.*, No. 1:17-cv-08173-JHR-AMD (D.N.J.). (appointed as lead counsel in class action against Subaru related to an alleged engine defect in certain Subaru WRX vehicles); *Bang v. BMW of North America, LLC*, No. 2:15-cv-69450-MCA-LDW (D.N.J.) (appointed as co-lead counsel in class action against BMW related to an alleged oil consumption defect); *Yaeger v. Subaru of America, Inc.*, No. 1:14-cv-04490-JBS-KMW (D.N.J.) (appointed as co-lead counsel in class action against Subaru related to an alleged oil consumption defect); *Davitt v. Honda North America, Inc.*, No. 2:13-cv-00381-MCA-JBC (D.N.J.) (appointed lead counsel in class action against Honda related to alleged door lock actuator defect); *Fath v. American Honda Motor Co.*, No. 18-cv-01549-WMW (D. Minn.) (appointed lead counsel in class action against Honda related to an alleged oil dilution defect); *Henderson v. Volvo Cars of North America, LLC*, No. 2:09-cv-04146-CCC-JAD (D.N.J) (appointed lead counsel in class action against Volvo related to alleged transmission defect); *Mendoza v. Hyundai Motor Company*, No. 5:15-cv-01685-BLF (N.D. Cal.) (appointed co-lead counsel in class action against Hyundai related to alleged engine defect).

6. In addition, I am currently serving as counsel on behalf of putative classes of purchasers of allegedly defective automobiles in the following cases: *Neale v. Volvo Cars of North America, LLC*, No. 2:10-cv-04407-DMC-MF (D.N.J.) (class action related to defective sunroof drainage systems in Volvo vehicles); *In re Subaru Battery Drain Prods. Liab. Litig.*, 1:20-cv-03095-JHR-JS (D.N.J.) (class action related to

alleged parasitic battery drain in Subaru vehicles); *Carter v. Ford Motor Co.*, No. 19-cv-62646-RKA (S.D. Fla.) (class action related to allegedly defective dashboards in Ford vehicles); and *In re: General Motors Air Conditioning Mktg. & Sales Practices Litig.*, No. 18-md-02818-MFL (E.D. Mich.) (class action related to allegedly defective air conditioning systems in GM vehicles).

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 4, 2021, in Berwyn, PA.

                                                  /s/ *Matthew D. Schelkopf*
                                                  Matthew D. Schelkopf